UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOUNG YIL JO,

                        Plaintiff,

            -against-

DEPT. OF JUSTICE,

                       Defendant.

22-CV-6672 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On May 6, 2015, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the court leave to file. *See In re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015). On August 4, 2022, Plaintiff filed this new *pro se* case. Because Plaintiff did not pay the $402.00 in fees required to file this action, the Court assumes Plaintiff is seeking to proceed IFP. Plaintiff has not sought leave from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the May 6, 2015, order.

      The Court advises Plaintiff that the filing injunctions issued in *In re Young Yil Jo*, 1:14-CV-7793 (S.D.N.Y.), remain in effect. Plaintiff is enjoined from filing any new civil action or proceeding in this court without first obtaining leave of the court. Plaintiff also remains barred from filing any document in this court in the name of another person.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated: August 9, 2022
       New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge