UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG YIL JO,<br><br>       Plaintiff,<br><br>  -against-<br><br>DEPT. OF JUSTICE,<br><br>       Defendant. | 22-CV-6672 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 9, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: August 9, 2022
    New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                  Chief United States District Judge